An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEVI GENE KIVI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61225

FILED

MAR 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of grand larceny. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Citing to Stockmeier v. State, Bd. of Parole Comm'rs, 127 Nev. ___, 255 P.3d 209 (2011), for support, appellant Levi Gene Kivi contends that the district court erred by denying his motion for an evidentiary hearing and failing to resolve an alleged factual inaccuracy in his presentence investigation report (PSI). Kivi specifically challenges the statement in the PSI indicating that he is a "confirmed member" of a "criminal street gang." We disagree with Kivi's contention.[1]

There is no statutory right to an evidentiary hearing on an alleged factual inaccuracy in a PSI and nothing in Stockmeier requires a district court to conduct one. Additionally, the district court did, in fact, resolve the dispute and determined there was sufficient information

_____

[1]The district court sentenced Kivi to a suspended prison term of 12-36 months and imposed a 3-year probationary term. Kivi concedes that the sentence imposed by the district court "did not punish him for the alleged gang activity."

13-07726

provided to support the statement in the PSI concerning Kivi's gang affiliation. Kivi fails to demonstrate that the district court erred and we conclude that he is not entitled to relief. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                              Saitta


cc:    Hon. Kathleen E. Delaney, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk